IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GEORGE DOLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:10-0283 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| EMBRAER AIRCRAFT MAINTENANCE | ) | |
| SERVICE, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The initial case management conference is set for **Monday, May 17, 2010 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the ___6th___ day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge